IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ICHL, LLC d/b/a INTELLECTUAL CAPITAL HOLDINGS LIMITED  Plaintiff  V.  NEC CORPORATION OF AMERICA, ET AL.  Defendants | § § § § § § § § § § | No. 5:08CV65 |

| | | |
|---|---|---|
| ICHL, LLC d/b/a INTELLECTUAL CAPITAL HOLDINGS LIMITED  Plaintiff  V.  BFG TECHNOLOGIES, INC., ET AL.  Defendants | § § § § § § § § § | No. 5:08CV175 |

| | | |
|---|---|---|
| ICHL, LLC d/b/a INTELLECTUAL CAPITAL HOLDINGS LIMITED  Plaintiff  V.  LG ELECTRONICS, INC., ET AL.  Defendants | § § § § § § § § § | No. 5:08CV177 |

**MEMORANDUM ORDER**

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections to the Report and Recommendation were

filed. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is

**ORDERED** that Defendant BFG Technologies, Inc., EVGA Corporation, and PNY Technologies, Inc.'s Joint Motion to Transfer Venue (Dkt. No. 31); and ICHL I and III Defendants' Joint Motion to Transfer Venue (Dkt. Nos. 57, 50) are **DENIED**.

**SIGNED this 19th day of June, 2009.**

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE